**SECRET**

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JACOB ZUBER,**<br>[DOB 06/15/1988]<br><br><br><br>Defendant. | No. 21-5023-01-CR-SW-BP<br><br>18 U.S.C. § 2250(a)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years or Life Supervised Release<br>Class C Felony<br><br>Restitution<br><br>$100 Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

Beginning on an unknown date, but as early as January 1, 2017, and continuing through December 23, 2020, said dates being approximate, in Jasper County and Lawrence County, in the Western District of Missouri, **JACOB ZUBER**, the defendant, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce to the State of Missouri, and knowingly failed to register with the State of Missouri as required under the Sex Offender Registration and Notification Act, all in violation of Title 18, United States Code, Section 2250(a).

**A TRUE BILL**

*/s/ Monica Stone*
FOREPERSON OF THE GRAND JURY

*/s/ Stephanie Wan*
STEPHANIE L. WAN
Missouri Bar #57711
Assistant United States Attorney

DATED: 05/19/2021
Springfield, Missouri